UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

WILLIAM VILCINA  CASE NO.: 16-11992-JKO
NEAUNCE K. PEEK  CHAPTER: 13

    Debtor.
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

COMES NOW, **ALBERTELLI LAW,** attorneys for Pingora Loan Servicing, LLC**,** and hereby enters its *Notice of Appearance* in the above-styled action.  In accordance with Rule 2002 of the Bankruptcy Rules the undersigned requests notice for the following notice in this case.

- Property Address: 9971 Red Heart Lane Tamarac, Florida 33321

- Last Four Digits of Loan Number: 4946

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g):

    /s/ Ella Roberts
Ella Roberts, Esq.
FBN 0075943
813-221-4743

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

<u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that on this 24th day of February, 2016, I served a copy of the foregoing upon:

**<u>SERVICE LIST</u>**

William Vilcina
9971 Redheart Ln
Tamarac, FL 33321

Neaunce K. Peek
9971 Redheart Ln
Tamarac, FL 33321

Barry S. Mittelberg
1700 N University Dr #300
Coral Springs, FL 33071

Robin R Weiner
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

    /s/ Ella Roberts
Ella Roberts, Esq.
FBN 0075943
813-221-4743

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com