UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 16-11992-BKC-JKO
PROCEEDING UNDER CHAPTER 13

IN RE:

WILLIAM VILCINA
XXX-XX-5321
NEAUNCE K. PEEK
XXX-XX-2448

DEBTORS_____/

## NOTICE OF WITHDRAWAL OF MOTION AND CANCELLATION OF HEARING

### *** (Hearing Set for 02/06/2017 is cancelled) ***

**PLEASE TAKE NOTICE** that Robin R. Weiner, Esquire, Standing Chapter 13 Trustee hereby withdraws her Motion to Dismiss or in the Alternative Convert Case to Chapter 7, said motion having been made moot. The hearing set for February 6, 2017 at 1:00 pm on said motion is hereby cancelled.

**RESPECTFULLY SUBMITTED** this 8th day of February, 2017.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**COPIES FURNISHED TO:**

**DEBTORS**
WILLIAM VILCINA & NEAUNCE K. PEEK
9971 REDHEART LN
TAMARAC, FL 33321

**ATTORNEY FOR DEBTORS**
BARRY S. MITTELBERG, ESQUIRE
1700 N. UNIVERSITY DRIVE
SUITE 300
CORAL SPRINGS, FL 33071