UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 16-11992-BKC-JKO
PROCEEDING UNDER CHAPTER 13

IN RE:

WILLIAM VILCINA
XXX-XX-5321
NEAUNCE K. PEEK
XXX-XX-2448

DEBTORS_____/

**OBJECTION TO CLAIM AND CERTIFICATE OF SERVICE
OF COURT GENERATED HEARING**

**IMPORTANT NOTICE TO CREDITORS:
THIS IS AN OBJECTION TO YOUR CLAIM**

*This objection seeks to either disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the Trustee objects to the following claim filed in this case:

| | |
|---|---|
| **Claim#:** | 21 |
| **Claimant:** | Bridgecrest Credit Company, LLC |
| **Reason:** | The Proof of Claim was filed after the Claims Bar Date. |
| **Disposition:** | Sustain Objection and disallow claim. |

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Objection to Claim and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail and/or CM/ECF, upon the parties listed below this 9th day of February, 2017.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**Page 1 of 2**

OBJECTION TO CLAIM
CASE NO.: 16-11992-BKC-JKO

**COPIES FURNISHED TO:**

**DEBTORS**
WILLIAM VILCINA
NEAUNCE K. PEEK
9971 REDHEART LN
TAMARAC, FL  33321

**ATTORNEY FOR DEBTORS**
BARRY S. MITTELBERG, ESQUIRE
1700 N. UNIVERSITY DRIVE
SUITE 300
CORAL SPRINGS, FL  33071

**CREDITOR**
Bridgecrest Credit Company, LLC
POB 29018
Phoenix,  AZ  85038

**ADDITIONAL CREDITORS**
BRIDGECREST CREDIT COMPANY, LLC
7300 E. HAMPTON AVE., SUITE 101
MESA, AZ  85209

BRIDGECREST CREDIT COMPANY, LLC
C/O CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL  32301-2525